UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | | |
|---|---|---|---|
| SAM BURCHFIELD, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No.: | 3:21-CV-40-TAV-HBG |
| | ) | | |
| BOBBY BROOKS, | ) | | |
| TAMMY RAGAN, | ) | | |
| RUSTY LOZA, | ) | | |
| SERGEANT ANN, | ) | | |
| SERGEANT STERGIL, | ) | | |
| SERGEANT WAMSHERE, | ) | | |
| SERGEANT PETTY, | ) | | |
| LIEUTENANT JOSH, | ) | | |
| LIEUTENANT BERRY, | ) | | |
| LIEUTENANT SUTTLES, | ) | | |
| CAPTAIN JANET, | ) | | |
| SOUTHERN MEDICAL, | ) | | |
| MEDICAL STAFF, and | ) | | |
| MISS ASHLEY, | ) | | |
| | ) | | |
| Defendants. | ) | | |

## **JUDGMENT ORDER**

For the reasons set forth in the memorandum opinion filed herewith, it is **ORDERED** and **ADJUDGED** that this prisoner's pro se civil rights action, filed under 42 U.S.C. § 1983, is **DISMISSED** for failure to state a claim upon which relief may be granted. 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1).

Because the Court **CERTIFIED** in the memorandum opinion and order that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of

appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**ENTER:**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

s/ John L. Medearis
CLERK OF COURT

2

Case 3:21-cv-00040-TAV-HBG   Document 9   Filed 04/13/21   Page 2 of 2   PageID #: 36